**Liuba MANKO, Plaintiff–Appellant,**

v.

**DEUTSCHE BANK, Defendant–Appellee.**

No. 08–2151–cv.

United States Court of Appeals, Second Circuit.

Dec. 1, 2009.

560

Liuba Manko, New York, NY, pro se.

John Houston Pope (James G. Murphy, on the brief), Epstein Becker & Green P.C., New York, NY, for Appellee.

Present: ROBERT D. SACK, RICHARD C. WESLEY, Circuit Judges, and JOHN F. KEENAN, District Judge.*

## SUMMARY ORDER

Plaintiff Liuba Manko, *pro se,* brought this action under Title VII of the Civil Rights Act, 42 U.S.C. § 2000e *et seq.,* the Age Discrimination in Employment Act, 29 U.S.C. § 621 *et seq.,* the Equal Pay Act, 29 U.S.C. § 206 *et seq.,* and the Employee Retirement Income Security Act, 29 U.S.C. § 1001 *et seq.* The United States District Court for the Southern District of New York (Griesa, *J.* ) dismissed plaintiff's religious discrimination and retaliation claims for failure to exhaust administrative remedies, and held that her Equal Pay Act claim was time-barred. Following discovery, the district court (Buchwald, *J.* ) granted summary judgment in favor of defendant on plaintiff's remaining Title VII claims for gender and national origin discrimination, her sexual harassment claim, and her ERISA claim. Plaintiff appeals both of these decisions, as well as the district court's denial of her motion to compel discovery. We presume the parties' familiarity with the underlying facts, the procedural history of the case, and the issues on appeal.

Having conducted a *de novo* review of the record, we find each of plaintiff's argu-

ments to be without merit and affirm for substantially similar reasons as those stated by the district court in the written decisions explaining two of the orders from which plaintiff appeals. *Manko v. Deutsche Bank,* 554 F.Supp.2d 467 (S.D.N.Y.2008); *Manko v. Deutsche Bank,* No. 02 Civ. 10180, 2004 WL 574659 (S.D.N.Y. Mar. 22, 2004). Moreover, it cannot be said that the district court abused its discretion in denying plaintiff's motion to compel discovery. Accordingly, the orders of the district court are hereby **AFFIRMED.**

---

* The Honorable John F. Keenan, United States District Court for the Southern District of New York, sitting by designation.